UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD DAVIDSON,

                        Plaintiff,

          -against-

CITY OF NEW YORK ET AL,

                     Defendants.

25-cv-6015 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 9, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 10, 2026
            New York, New York

                               /s/ George B. Daniels
                                 GEORGE B. DANIELS
                             United States District Judge